IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES ROBERT DYAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv618-MHT |
| | ) | (WO) |
| AGENT LOURIA, | ) | |
| Investigations and | ) | |
| Intelligence Division, | ) | |
| A.D.O.C., | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit asserting that defendant, an agent with the Investigations and Intelligence Division of the Alabama Department of Corrections, failed to prevent plaintiff from returning to Staton Correctional Facility after he had been attacked by inmates during a previous stay there. This case is before the court on the recommendation of the United States Magistrate Judge that this case be dismissed without prejudice. There are no objections to the

recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 13th day of March, 2018.

                                 /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**