IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

CHARLES ROBERT DYAL,          )
                              )
        Plaintiff,            )
                              )       CIVIL ACTION NO.
        v.                    )        2:17cv618-MHT
                              )           (WO)
AGENT LOURIA,                 )
Investigations and            )
Intelligence Division,        )
A.D.O.C.,                     )
                              )
        Defendant.            )

## JUDGMENT

In accordance with the memorandum opinion entered today, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 15) is adopted.

(2) This lawsuit is dismissed without prejudice with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of March, 2018.

           /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE